In re GILLOON. (Supreme Court, Appellate Division, First Department. February 19, 1904.)

In the matter of James V. Gilloon. H. A. Forstor, for appellant. L. W. Stotesburg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.